```
1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MOON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00817 JST |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE TO MARCH 20, 2015 |
| vs. | ) | |
| | ) | Hearing Date: January 16, 2015 |
| KEVIN GEORGE MOON, | ) | Time:  9:30 a.m. |
| Defendant. | ) | |

The above-captioned matter is set on January 16, 2015 before this Honorable Court for a sentencing hearing. The parties jointly request that the Court continue the matter to March 20, 2015, at 9:30 a.m., for the reasons set forth below.

On December 19, 2013, the Grand Jury charged Kevin Moon in one count with possession with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841. Mr. Moon faces a mandatory minimum sentence of 10 years and a maximum sentence of life imprisonment for this offense.

Mr. Moon pleaded guilty to the Indictment on September 5, 2014 pursuant to a plea agreement with the government in which he may seek a below-Guideline sentence under 18 U.S.C. § 3553. Last week defense counsel disclosed a psychological report to the government

and Probation Office, and the defense has asked the probation officer assigned to this case to review and incorporate the findings in the report and Mr. Moon's psychological records into its sentencing analysis and recommendation.

For these reasons, the parties agree that a continuance until March 20, 2015 is appropriate to allow the parties to review and assess these materials for the pre-sentence investigation. The Probation Officer assigned to this case is in agreement with this continuance and is available on the requested date. Finally, because Mr. Moon has pleaded guilty, the parties are in agreement that the Speedy Trial Act does not apply.

DATED: December 9, 2014                          /S/
                                                 GARTH HIRE
                                                 Assistant United States Attorney

DATED: December 9, 2014                          /S/
                                                 ANGELA M. HANSEN
                                                 Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that defense counsel recently disclosed a psychological report to the Probation Office and to government counsel, and would like for the probation office to investigate and to consider Mr. Moon's psychological condition for the pre-sentence investigation report;

2. Given that government counsel is in agreement with this request for a continuance; and

3. Given that Mr. Moon has pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of January 16, 2015, scheduled at 9:30 a.m., is vacated and reset to March 20, 2015, at 9:30 a.m., for sentencing.

DATED: December 10, 2014

_____
THE HONORABLE JON S. TIGAR
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar